# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00796-CV

**Catherine E. Penn Williams, David B. Penn, and Vanessa Penn, Appellants**

**v.**

**Janne B. Penn, Individually and as Independent Executor of the Estate of Stephen F. Penn, Appellee**

## FROM COUNTY COURT AT LAW OF BASTROP COUNTY
## NO. 9697, HONORABLE BENTON ESKEW, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed a notice of appeal on October 14, 2011, purporting to challenge a judgment signed by the county court at law on June 26, 2011. After reviewing the record on appeal, this Court sent appellants a notice observing that the notice of appeal appeared to be untimely and requesting that they supply, by January 30, 2012, authorities, argument, or record supplementation demonstrating why the notice of appeal is not untimely. *See* Tex. R. App. P. 26.1 ("The notice of appeal must be filed within 30 days after the judgment is signed . . . ."); *see also* Tex. R. App. P. 2, 25.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellants have not responded. Under the circumstances, we must dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:   February 29, 2012